IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN VINCENT HUBBARD,

   Petitioner,      No. CIV S-09-1499 KJM P

 vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS,

   Respondent.      ORDER

_____/

   Petitioner, a former state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

   In accordance with the above, IT IS HEREBY ORDERED that:

   1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

/////

1

1    2. The Clerk of the Court is directed to send petitioner a copy of the in forma
2  pauperis form for a non-prisoner used by this district.
3  DATED: June 8, 2009.

    _____
    U.S. MAGISTRATE JUDGE

6  /mp
   hubb1499.101a

2