1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    STEPHEN VINCENT HUBBARD,

11              Petitioner,                    No. CIV S-09-1499 KJM P

12         vs.

13    CALIFORNIA DEPARTMENT
      OF CORRECTIONS,

14

15              Respondents.                   ORDER

16    _____/

17              Petitioner, a state parolee proceeding pro se, has filed an application for a writ of

18    habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma

19    pauperis.

20              Examination of the in forma pauperis application reveals that petitioner is unable

21    to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be

22    granted.  See 28 U.S.C. § 1915(a).

23              An application for writ of habeas corpus brought under  28 U.S.C. § 2254 can

24    only be granted based upon a finding that the petitioner is in custody in violation of federal law.

25    Petitioner does not allege that he is in custody in violation of federal law.  Rather, he challenges

26    the conditions of his parole.  Therefore, this action will be dismissed.  Petitioner is informed that

                                                  1

1  if he wishes to challenge his conditions of parole, he should file an action for violation of civil

2  rights under 42 U.S.C. § 1983.

3          Accordingly, IT IS HEREBY ORDERED that:

4              1.  Petitioner's application for writ of habeas corpus is dismissed; and

5              2.  This case is closed.

6  DATED: July 13, 2009.

7  _____
    U.S. MAGISTRATE JUDGE
8

9  1
    hubb1499.dis(6.16.09)
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26